

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number: 01-18-00262-CV

Style: Horaces Bridges v.

**v.** Lannette Linthicum

Date motion filed*: May 11, 2018

Type of motion: Statement of Inability to afford costs

Party filing motion: Appellant

Document to be filed:

Is appeal accelerated?　　No

If motion to extend time:

　　Original due date:

　　Number of previous extensions granted:　　　　Current Due date:

　　Date Requested:

Ordered that motion is:

☐　Granted

　　　　If document is to be filed, document due:

☐　The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐**Denied**

☐　Dismissed (*e.g.*, want of jurisdiction, moot)

☒Other: _____

**We strike appellant's Statement of Inability to Afford Costs because said motion is deficient for failing to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4(k). The Court will consider an amended Statement of Inability to afford costs that is handwritten, but it must produce a distinct black image. *See id*. 9.4(a). The amended statement is due in this Court within 45 days from the date of this order.**

Judge's signature: /s/ Sherry Radack

　　　　　　☑　　Acting individually　　☐　　Acting for the Court

Panel consists of _____

Date: June 7, 2018